ANDREW C. BOHRNSEN, WSBA #5549
LAW OFFICE OF ANDREW C. BOHRNSEN, P.S.
400 Fernwell Building
505 W. Riverside Avenue
Spokane, WA 99201
Telephone:  (509) 838-2688
Facsimile:   (509) 838-2698
e-mail: abohrnsen@comcast.net

Attorney for Defendant West Customer
  Management Group

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| MARY PRESTA, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>WEST CUSTOMER MANAGEMENT GROUP, a Delaware corporation,<br><br>Defendant. | Case No. CV 10-464-EFS<br><br>ANSWER TO COMPLAINT WITH AFFIRMATIVE DEFENSES |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant West Customer Management Group, LLC ("West") files this Original Answer to Plaintiff's Complaint.

## ADMISSIONS AND DENIALS

1.1   West is without information sufficient to admit or deny the statements in paragraph 1.1 of Plaintiff's Complaint.

ANSWER TO COMPLAINT: 1

Law Office of Andrew C. Bohrnsen, P.S.
505 W. Riverside Avenue, Suite 400
Spokane, WA 99201
(509) 838-2688 ● (509) 838-2698

1.2     West admits the statements in paragraph 1.2 of Plaintiff's Complaint.

1.3     West admits that Plaintiff was employed by West in Spokane County. West admits that jurisdiction and venue are proper in the federal district court for the eastern district of Washington. West denies it wrongfully terminated Plaintiff and denies the remaining statements in paragraph 1.3 of Plaintiff's Complaint.

2.1     Paragraph 2.1 of Plaintiff's Complaint is an incorporation paragraph and does not contain any factual allegations to which admission or denial is required. To the extent that Plaintiff alleges that West participated in illegal or wrongful conduct with respect to Plaintiff, those allegations are denied.

2.2     West admits that Plaintiff was employed by West from July 2008 until July 2, 2010. West denies the remaining statements in paragraph 2.2 of Plaintiff's Complaint.

2.3     West admits that Plaintiff's employment was terminated by West on or about July 2, 2010. West is without information sufficient to admit or deny Plaintiff's age at the time of her termination. West denies the remaining statements in paragraph 2.3 of Plaintiff's Complaint.

2.4     West denies the statements in paragraph 2.4 of Plaintiff's Complaint.

3.1     Paragraph 3.1 of Plaintiff's Complaint is an incorporation paragraph and does not contain any factual allegations to which admission or denial is required. To

ANSWER TO COMPLAINT: 2

Law Office of Andrew C. Bohrnsen, P.S.
505 W. Riverside Avenue, Suite 400
Spokane, WA 99201
(509) 838-2688 ● (509) 838-2698

the extent that Plaintiff alleges that West participated in illegal or wrongful conduct with respect to Plaintiff, those allegations are denied.

3.2     West denies the statements in paragraph 3.2 of Plaintiff's Complaint.

3.3     West admits that Plaintiff was terminated on or about July 2, 2010. West denies the remaining statements in paragraph 3.3 of Plaintiff's Complaint.

3.4     West denies the statements in paragraph 3.4 of Plaintiff's Complaint.

4.1     Paragraph 4.1 of Plaintiff's Complaint is an incorporation paragraph and does not contain any factual allegations to which admission or denial is required. To the extent that Plaintiff alleges that West participated in illegal or wrongful conduct with respect to Plaintiff, those allegations are denied.

4.2     West admits that Plaintiff was employed by Defendant from July 2008 until July 2, 2010. West denies the remaining statements in paragraph 4.2 of Plaintiff's Complaint.

4.3     West admits the statements in paragraph 4.3 of Plaintiff's Complaint.

4.4     West admits that Plaintiff was on Family Medical Leave at the time of her discharge. West denies the remaining statements in paragraph 4.4 of Plaintiff's Complaint.

4.5     West denies the statements in paragraph 4.5 of Plaintiff's Complaint.

5.1     Paragraph 5.1 of Plaintiff's Complaint is an incorporation paragraph and does not contain any factual allegations to which admission or denial is required. To

Law Office of Andrew C. Bohrnsen, P.S.
505 W. Riverside Avenue, Suite 400
Spokane, WA 99201
(509) 838-2688 ● (509) 838-2698

the extent that Plaintiff alleges that West participated in illegal or wrongful conduct with respect to Plaintiff, those allegations are denied.

  5.2 West denies the statements in paragraph 5.2 of Plaintiff's Complaint.

  5.3 West denies the statements in paragraph 5.3 of Plaintiff's Complaint.

West denies that Plaintiff is entitled to recovery or judgment in this case and denies that Plaintiff is entitled to the relief sought in her prayer.

West denies each statement in the Complaint not specifically admitted, denied or otherwise controverted.

## AFFIRMATIVE DEFENSES

  1. Plaintiff fails to state a claim for which relief can be granted.

  2. The employment decisions that are challenged by Plaintiff were based on legitimate, non-discriminatory, non-pretextual and non-retaliatory business reasons.

  3. West made a good faith effort to prevent discrimination and retaliation in its workplace.

  4. Plaintiff's claims are barred, either in whole or in part, because Plaintiff failed to promptly report to or notify West of any complaint about the alleged conduct, if any such conduct occurred, and denied West the opportunity to investigate and/or take action in response to complaints.

ANSWER TO COMPLAINT: 4

Law Office of Andrew C. Bohrnsen, P.S.
505 W. Riverside Avenue, Suite 400
Spokane, WA 99201
(509) 838-2688 • (509) 838-2698

5. Plaintiff unreasonably failed to take advantage of preventive or corrective opportunities provided by West or to avoid harm otherwise.

6. Plaintiff has failed to allege facts which, if proven, would establish that the alleged conduct, if any such conduct occurred, was the proximate cause of Plaintiff's damages.

7. Plaintiff's Breach of Promise/Wrongful Termination claim is barred because Plaintiff was an at-will employee and not entitled to paid time off under either West's policies or Washington law.

8. Plaintiff had and has a duty to mitigate any damages that may have resulted from any alleged wrongdoing by West. Plaintiff's damages, if any, should be reduced by any failure to mitigate damages.

9. Any amount which Plaintiff claims is due and owing to her for back pay and/or benefits must be reduced and offset by any amounts which Plaintiff received, earned or could have earned after the date she left her employment with West.

10. Any amount that Plaintiff claims is due and owing her for lost wages and/or benefits must be reduced to account for any time period for which Plaintiff was unavailable for work.

11. West at all times acted in good faith and had reasonable grounds for believing that it was not violating the FMLA such that the relief sought (including but not limited to liquidated damages) is not available.

ANSWER TO COMPLAINT: 5

Law Office of Andrew C. Bohrnsen, P.S.
505 W. Riverside Avenue, Suite 400
Spokane, WA 99201
(509) 838-2688 ● (509) 838-2698

12. Plaintiff's damages, if any, are capped by federal and state statutes.

WHEREFORE, PREMISES CONSIDERED, Defendant West Customer Management Group, LLC requests that Plaintiff take nothing by her suit and that Defendant be awarded its costs of this action and all other legal and equitable relief to which it is justly entitled.

Respectfully submitted this __30th__ day of December, 2010.

LAW OFFICE ANDREW C. BOHRNSEN, P.S.

By: _____
ANDREW C. BOHRNSEN, #5549
Attorney for Defendant West Customer Management Group

ANSWER TO COMPLAINT: 6

Law Office of Andrew C. Bohrnsen, P.S.
505 W. Riverside Avenue, Suite 400
Spokane, WA 99201
(509) 838-2688 ● (509) 838-2698

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2010, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following: paulburns@omnicast.net

/s/ _____
ANDREW C. BOHRNSEN, WSBA #5549
Attorney for Defendant West Customer
Law Office of Andrew C. Bohrnsen, P.S.
505 W. Riverside Avenue, Suite 400
Spokane, WA 99201
Telephone:   (509) 838-2688
Facsimile:    (509) 838-2698
Attorney's e-mail: abohrnsen@comcast.net

ANSWER TO COMPLAINT: 7