UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY PRESTA,<br><br>                Plaintiff,<br><br>   v.<br><br>WEST CUSTOMER MANAGEMENT GROUP, LLC,<br><br>                Defendant. | NO. CV-10-464-JPH<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR ENTRY OF PROTECTIVE ORDER<br><br>(ECF No. 23) |

On October 26, 2011, defendant moved for entry of an agreed protective order. Plaintiff does not oppose the motion (ECF No. 23). At the same time defendant filed an agreed protective order (ECF No. 23-1, Exhibit A). After considering the motion and the record,

**IT IS ORDERED** that the motion (**ECF No. 23**) is **GRANTED**.

**DATED** this 2nd day of November, 2011.

                                                        <u>s/James P. Hutton</u>

                                                        JAMES P. HUTTON<br>                                United States Magistrate Judge

ORDER GRANTING MOTION FOR ENTRY
OF AGREED PROTECTIVE ORDER
 1