AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MARY PRESTA,

Plaintiff,

v.

WEST CUSTOMER MANAGEMENT GROUP, LLC,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-464-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is dismissed with prejudice, and judgment is entered in favor of Defendant.

December 16, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Karen White
*(By) Deputy Clerk*
Karen White